# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNIFER WHITE,**

    **Plaintiff,**

v.                                                          Case No:   6:16-cv-1789-Orl-22GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

___

## ORDER

This cause is before the Court on the appeal from a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security disability insurance benefits and Supplemental Security Income.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be reversed and these proceedings remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 20, 2017 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security is hereby REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties